UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANDRONICO PEDRAZA, JR., | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 2:14-CV-00311-RWS |
| HALL COUNTY, GEORGIA, | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Defendant's Motion to Dismiss, and the court having granted said motion as unopposed, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed**.

Dated at Gainesville, Georgia, this 31st day of March, 2015.

                              JAMES N. HATTEN
                              CLERK OF COURT

                By:    *s/Shane Gazaway*
                          Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
  March 31, 2015
James N. Hatten Clerk
of Court
By: *s/Shane Gazaway*
      Deputy Clerk